IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT LEROY TILLMAN,

    Petitioner,                     No. CIV S-07-0111 MCE KJM P

    vs.

THOMAS L. CAREY, et al.,

    Respondents.                 ORDER

_____/

        Petitioner is a California prisoner proceeding pro se and in forma pauperis with an amended application for writ of habeas corpus under 28 U.S.C. § 2254.

        On May 2, 2007 the court granted petitioner leave to file an amended petition. Petitioner filed his amended petition on May 18, 2007, but he did not fill out the form petition accurately. It is important that the petition be completed accurately so the court can ascertain whether petitioner has exhausted state court remedies with respect to his claims. Pages 4 through 6 of the attachment to the petition also are not legible.

        The court will grant petitioner leave to file a second amended habeas petition. The second amended petition must be legible and the court's form habeas petition must be completed accurately. If petitioner fails to follow the court's instructions concerning the completion of his second amended petition, this matter could be dismissed under Federal Rule of Procedure 41(a).

1       Petitioner has requested the appointment of counsel.  There currently exists no
2  absolute right to appointment of counsel in habeas proceedings.  See <u>Nevius v. Sumner</u>, 105 F.3d
3  453, 460 (9th Cir. 1996).  However, 18 U.S.C. § 3006A authorizes the appointment of counsel at
4  any stage of the case "if the interests of justice so require."  See Rule 8(c), Fed. R. Governing
5  § 2254 Cases.  In the present case, the court does not find that the interests of justice would be
6  served by the appointment of counsel at the present time.
7       Accordingly, IT IS HEREBY ORDERED that:
8       1. Petitioner's amended application for writ of habeas corpus is dismissed.
9       2. Petitioner is granted thirty days within which to file a second amended
10 application for writ of habeas corpus on the form to be provided by the Clerk of the Court.
11      3. The Clerk of the Court is directed to send petitioner the court's form
12 application for writ of habeas corpus under 28 U.S.C. § 2254.
13      4. Petitioner's May 18, 2007 request for the appointment of counsel is denied
14 without prejudice to renewal at a later stage of these proceedings.
15 DATED: October 26, 2007.

_____
U.S. MAGISTRATE JUDGE

---

1
till0111.114(5.18.07)