IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ROBERT LEROY TILLMAN,** | 2:07-CV-00111 MCE KJM |
| Petitioner, | **ORDER** |
| v. | |
| **THOMAS L. CAREY, et al.,** | |
| Respondents. | |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT Respondent's request for an extension of time (docket entry #14) is granted. Respondent's response to Petitioner's Amended Petition for Writ of Habeas Corpus shall be filed on or before August 19, 2008.

Dated: June 26, 2008.

_____
U.S. MAGISTRATE JUDGE

Order