IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ROBERT LEROY TILLMAN,** | 2:07-CV-00111 MCE KJM P |
| Petitioner, | **ORDER** |
| v. | |
| **THOMAS L. CAREY, et al.,** | |
| Respondents. | |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT Respondent's response to Petitioner's Amended Petition for Writ of Habeas Corpus be filed on or before October 20, 2008 (docket no. 18).

DATED: September 19, 2008.

_____
U.S. MAGISTRATE JUDGE

Order