IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

**ROBERT LEROY TILLMAN,**

Petitioner,

v.

**THOMAS L. CAREY, et al.,**

Respondents.

2:07-CV-00111 MCE KJM

**ORDER**

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT Respondents' response to Petitioner's Second Amended Petition for Writ of Habeas Corpus be filed on or before November 19, 2008.

Dated: October 22, 2008.

_____
U.S. MAGISTRATE JUDGE

Order